IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02028-MDB

DANNY WILSON CIRILO,

     Applicant,

v.

TODD BLANGE, Attorney General,
TODD LYON, DHS/ICE,
ROBERT HAGAN, DHS/ICE, and
JUAN BALTAZAR, Warden, GEO Group, Inc.,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (ECF No. 23) entered by United States Magistrate Judge Maritza Dominguez Braswell, it is

ORDERED that judgment is entered in favor of Petitioner and against Respondents. It is

FURTHER ORDERED that Petitioner is awarded costs pursuant to D.C.COLO.LCivR 54.1. *See Daley v. Ceja,* 158 F.4th 1152 (10th Cir. Nov. 3, 2025); 28 U.S.C. § 2412(a)(1). It is

FURTHER ORDERED that this case is closed.

DATED this 27th day of July, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/ E. Lopez Vaughan
     Deputy Clerk